IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-cv-198-BO

| BOBBY MARTIN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **CONSENT ORDER** |
| CAROLYN COLVIN,<br>Acting Commissioner of Social<br>Security, | ) | |
| Defendant. | ) | |

This action being submitted to the Court for entry of a Consent Order agreed to by the parties and it appearing that Plaintiff, by and through his attorney, has executed this Consent Order and Defendant has executed this Consent Order, by and through the undersigned Assistant United States Attorney; and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $3,740.00 for attorney fees, and that the Treasury Judgment Fund should pay $400.00 in costs, in full and final settlement of all claims for attorney fees and costs arising under the Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412(d).

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff the sum of $3,740.00 and that the Treasury Judgment Fund pay to Plaintiff's counsel the sum of $400.00 in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), delivered to counsel's office address, and upon the payment of such sums this case is dismissed with prejudice.

This 11 day of April, 2015.

_____
United States District Judge

CONSENTED TO:

/s/CHARLOTTE W. HALL
Attorney for Plaintiff
N.C. Bar # 41290
Charles T. Hall Law Firm, P.C.
P.O. Box 10629
Raleigh, NC 27605
Telephone: (919) 791-1883
Fax: (919) 791-1886
charlotte@charleshallfirm.com

/s/ROBERT CROWE
Attorney for Defendant
Special Assistant United States Attorney
Room 617, Altmeyer Building
6401 Security Boulevard
Baltimore, Maryland 21235
Tel: 410-965-3155
Fax: 410-597-0514
Email: bob.crowe@ssa.gov
Mass. Bar No. 106940